LOCAL 827, INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS v. EDNA TRAD.

May 24, 1988.

Petition for certification denied.   (See 223 *N.J.Super.* 561)

IN THE MATTER OF THE TENURE HEARING OF CHARLES
APKARIAN, SCHOOL DISTRICT OF WEST NEW YORK,
HUDSON COUNTY.

May 24, 1988.

Petition for certification denied.

NICOLE AUGUSTA v. ALEXANDER J. ZITO, M.D.

May 24, 1988.

Petition for certification denied.

IN THE MATTER OF THE ESTATE OF JOSEPH
SACCO, DECEASED.

ESTATE OF JOSEPH SACCO v. JOSEPH SACCO, JR.

May 24, 1988.

Petition for certification denied.